DEBRA H., Appellant, v JANICE R., Respondent.

Submitted November 23, 2009; decided December 15, 2009

Reported below, 61 AD3d 460.

Motion by National Center for Lesbian Rights et al. for leave to file a brief amici curiae on the appeal herein granted and the proposed brief is accepted as filed.